# **EXHIBIT 1**

# Love, Nathaniel C.

**From:** Schneider, Joshua [JSchneider@atg.state.il.us]
**Sent:** Wednesday, December 11, 2013 2:31 PM
**To:** Love, Nathaniel C.
**Subject:** Hooper v. Ryan, No. 10 C 1809

Dear Mr. Love,

Pursuant to Judge Gottschall's November 22, 2013, order entered in the above-captioned case, I am writing to inform you that respondent will not be seeking an evidentiary hearing.

Sincerely,

Joshua M. Schneider
Assistant Attorney General
Criminal Appeals Division
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
Phone: (312) 814-3565
Fax: (312) 814-2253
jschneider@atg.state.il.us