# **EXHIBIT 2**

Form 53D-New

## UNITED STATES OF AMERICA

State of Illinois )
Cook County ) SS.

Pleas, before a branch of the Circuit Court of Cook County, in said County and

and State, begun and held at the Circuit Court, in the City of Chicago, in said County, COOK

one thousand nine hundred and EIGHTY-ONE, AND OF THE INDEPENDENCE OF THE UNITED STATES OF AMERICA THE TWO HUNDREDTH AND FOURTH YEAR.

### PRESENT:

RICHARD J. FITZGERALD
Judge of the Circuit Court of Cook County

RICHARD M. DALEY
State's Attorney

RICHARD J. ELROD
Sheriff of Cook County

MORGAN M. FINLEY
Clerk

Attest:

And afterwards, to-wit, on FEBRUARY 2nD , 19 81,

in the year last aforesaid, the Sheriff of Cook County returned into Court the Venire Facias heretofore

issued for the Grand Jury and returnable to-day, by which it appears that they were duly summoned to

appear this day and serve as Grand Jurors of this Court.

The panel of Grand Jurors being now filled, the Court having now here appointed

a foreman of said Grand Jury, they were duly sworn and charged by the Court, and thereupon retired

to consider their presentments.

1263

CRIM. DIV. FORM # 100

STATE OF ILLINOIS ⎫ SS.
COUNTY OF COOK ⎬

The .................... February .................., 19 .. 81 .. Grand Jury of the

Circuit Court of Cook County.

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on .................... November 12th .................., 19 .. 80 .. at and within said County

Roger Collins, William Bracey and Murray Hooper

committed the offense of      murder

in that   they, intentionally and knowingly shot and killed Richard Holliman with a gun and shotgun, without lawful justification, in violation of Chapter 38, Section 9-1, (a-1), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on ___November 12th___, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of murder

in that they, shot and killed Richard Holliman with a gun and shotgun, knowing that such shooting with a gun and shotgun created a strong probability of death or great bodily harm to said Richard Holliman without lawful justification, in violation of Chapter 38, Section 9-1(a-2), of the Illinois Revised Statutes 1979, as amended,

*Holliman*

*2.*

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

*1265*

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on _____ November 12th _____, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of  murder

in that they, intentionally and knowingly shot and killed Fredrick Lacey with a gun and shotgun, without lawful justification, in violation of Chapter 38, Section 9-1 (a-1), of the Illinois Revised Statutes 1979, as amended,

*Lacey 3.*

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

1266

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths aforesaid present that on _____ November 12th _____, 19__ 80 __, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of        murder

in that they, shot and killed Fredrick Lacey with a gun and shotgun, knowing that such shooting with a gun and shotgun created a strong probability of death or great bodily harm to said Fredrick Lacey, without lawful justification, in violation of Chapter 38, Section 9-1 (a-2), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on _____ November 12th _____ , 19 80 , at and within said County

Roger Collins, William Bracey and Murray Hooper

committed the offense of    murder

in that they, intentionally and knowingly shot and killed R.C. Pettigrew, with a gun and shotgun without lawful justification, in violation of Chapter 38, Section 9-1 (a-1), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on _____November 12th_____, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

committed the offense of   murder

in that they, shot and killed R. C. Pettigrew with a gun and shotgun, knowing that such shooting with a gun and shotgun created a strong probability of death or great bodily harm to said R. C. Pettigrew without lawful justification, in violation of Chapter 38, Section 9-1 (a-2), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on ———— November 12th ————, 19 __80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of    murder

in that they, while committing a forcible felony, to wit: aggravated kidnaping,   shot and killed Fredrick Lacey,    with a gun and shotgun, without lawful justificiation, in violation of Chapter 38, Section 9-1 (a-3), of the Illinois Revised Statutes 1979, as amended,

*LACEY*

*7*

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths aforesaid present that on _____ November 12th _____, 19 80 , at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of    murder

in that they, while committing a forcible felony, to wit: aggravated kidnaping,  shot and killed R. C. Pettigrew,   with a gun and shotgun, without lawful justificiation, in violation of Chapter 38, Section 9-1 (a-3), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on ———— November 12th ————, 19 80, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of    murder

in that they, while committing a forcible felony, to wit: aggravated kidnaping,    shot and killed Richard Holliman    with a gun and shotgun, without lawful justificiation, in violation of Chapter 38, Section 9-1 (a-3), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on _____November 12th_____, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of      murder

in that they, while committing a forcible felony, to wit: armed robbery    shot and killed Richard Halliman,  with a gun and shotgun, without lawful justificiation, in violation of Chapter 38, Section 9-1 (a-3), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on _____ November 12th _____, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of      murder

in that they, while committing a forcible felony, to wit: armed robbery,      shot and killed Fredrick Lacey,      with a gun and shotgun, without lawful justificiation, in violation of Chapter 38, Section 9-1 (a-3), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on _____ November 12th _____, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of      murder

in that they, while committing a forcible felony, to wit: armed robbery,    shot and killed R. C. Pettigrew    with a gun and shotgun, without lawful justificiation, in violation of Chapter 38, Section 9-1 (a-3), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths aforesaid present that on _____November 12th_____, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of ⋅ armed robbery

in that they, by the use of force and by threatening the imminent use of force while armed with a dangerous weapon, took United States currency from the person and presence of Richard Holliman, in violation of Chapter 38, Section 18-2, of the Illinois Revised Statutes 1979, as amended,

13

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

1276

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on _____ November 12th _____, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of        armed robbery

in that they, by the use of force and by threatening the imminent use of force while armed with a dangerous weapon, took United States currency from the person and presence of  Fredrick Lacey, in violation of Chapter 38, Section 18-2, of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths aforesaid present that on _____ November 12th _____, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of        armed robbery

in that they, by the use of force and by threatening the imminent use of force while armed with a dangerous weapon, took United States currency from the person and presence of R. C. Pettigrew, in violation of Chapter 38, Section 18-2, of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on _____ November 12th _____, 19 __80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of    aggravated kidnaping

in that they, knowingly by force and threat of force carried Richard Holliman from one place to another with intent to secretly confine Richard Holliman      against his will and committed a felony, to wit:  murder, upon him, n violation of Chapter 38, Section 10-2(a-3), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths aforesaid present that on _____ November 12th _____, 19 __80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

committed the offense of    aggravated kidnaping

in that they, knowingly by force and threat of force carried Richard Holliman from one place to another with intent to secretly confine Richard Holliman        against his will and committed a felony, to wit:   armed robbery upon him, n violation of Chapter 38, Section 10-2(a-3), of the Illinois Revised Statutes 1979, as amended,

17

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

1280

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of

Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-

said present that on _____ November 12th _____, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

committed the offense of    aggravated kidnaping

in that they, knowingly by force and threat of force carried

Fredrick Lacey   from one place to another with intent to secretly

confine Fredrick Lacey,           against his will and committed

a felony, to wit: murder, upon,

n violation of Chapter 38, Section 10-2(a-3), of the Illinois

Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths aforesaid present that on November 12th , 19 80 , at and within said County

Roger Collins, William Bracey and Murray Hooper

committed the offense of aggravated kidnaping

in that they, knowingly by force and threat of force carried
Fredrick Lacey  from one place to another with intent to secretly
confine  Fredrick Lacey  against his will and committed
a felony, to wit:  armed robbery, upon him,
n violation of Chapter 38, Section 10-2(a-3), of the Illinois
Revised Statutes 1979, as amended,

19

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on _____ November 12th _____, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of    aggravated kidnaping

in that they, knowingly by force and threat of force carried R.C. Pettigrew  from one place to another with intent to secretly confine  R. C. Pettigrew          against his will and committed a felony, to wit:   murder upon him, n violation of Chapter 38, Section 10-2(a-3), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on _____ November 12th , 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of    aggravated kidnaping

in that they, knowingly by force and threat of force carried
R. C. Pettigrew from one place to another with intent to secretly
confine    R. C. Pettigrew        against his will and committed
a felony, to wit:    armed robbery, upon him,
n violation of Chapter 38, Section 10-2(a-3), of the Illinois
Revised Statutes 1979, as amended,



contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-said present that on _____ November 12th _____ , 19 80 , at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of   aggravated kidnaping

in that they, knowingly by force and threat of imminent force while armed with a dangerous weapon, carried Richard Holliman, from one place to another with the intent to secretly confine Richard Holliman   · against his will, in violation of Chapter 38, Section 10-2 (a-5), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of

Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths afore-

said present that on _____ November 12th _____ , 19 __80__ , at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of    aggravated kidnaping

in that they, knowingly by force and threat of imminent force while

armed with a dangerous weapon, carried .Fredrick Lacey .

from one place to another with the intent to secretly confine

Fredrick Lacey      · against his will, in violation of Chapter 38,

Section 10-2 (a-5), of the Illinois Revised Statutes 1979, as amended,



contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY



FORM: CRIM. DIV. NO. 26

The Grand Jurors chosen, selected, and sworn, in and for the County of Cook in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths aforesaid present that on _____ November 12th _____, 19__80__, at and within said County

Roger Collins, William Bracey and Murray Hooper

commited the offense of    aggravated kidnaping

in that they, knowingly by force and threat of imminent force while armed with a dangerous weapon, carried R. C. Pettigrew from one place to another with the intent to secretly confine R. C. Pettigrew      against his will, in violation of Chapter 38, Section 10-2 (a-5), of the Illinois Revised Statutes 1979, as amended,

contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

G. J. No. .......... 327 A

GENERAL No. ........ 81 - 1204

**Circuit Court of Cook County**
County Department—Criminal Division

.................... February .............., 19 81

The People of the State of Illinois
v.
.......... Roger Collins et al ..........

*William Bracey 02*
*Murray Hooper 03*

## INDICTMENT FOR

.......... Murder, etc. ..........

### A TRUE BILL

*William A Casey Jr.*
Foreman of the Grand Jury

### WITNESSES

David O'Callahan

Filed .................... , 19 ....

Bail $ ....................

*Morgan M. Finley*

DCB 484 1M 2-68 (FORM TB)

FILED
FEB 22 2 33 PM '81
CIRCUIT COURT CLERK
DEPT. CRIMINAL DIVISION
MORGAN H. FINLEY CLERK