# **<u>EXHIBIT 3</u>**

STATE OF ILLINOIS)
           )  SS.
COUNTY OF C O O K)





IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION—COUNTY DEPARTMENT

PEOPLE OF THE STATE OF ILLINOIS  )
                                 )
                                 )
        vs.                  )     INDICTMENT NO.  81-1204
                                 )
                                 )
MURRAY HOOPER                )

## JUDGMENT AND EXECUTION ORDER

THIS DAY come the People of the State of Illinois, by RICHARD M. DALEY, State's Attorney of Cook County, Illinois, by GREGG OWEN and MICHAEL GOGGIN, Assistant State's Attorneys, and also comes the defendant, MURRAY HOOPER, in his proper person, as well as by TOM PETERS, his attorney.

AND NOW it appears to the Court that on the 24th day of August, 1981 the Jury returned findings that the defendant MURRAY HOOPER was guilty of the offenses of the murder, armed robbery, and aggravated kidnapping of R.C. PETTIGREW, the murder, armed robbery and aggravated kidnapping of FREDRICK LACEY, and the murder, armed robbery, and aggravated kidnapping of RICHARD HOLLIMAN in the manner and form as charged in the indictment.

AND IT FURTHER APPEARS to the Court that this cause came on to be heard before a sentencing Jury on the 25th day of August, 1981, and the jury having heard the evidence and arguments of counsel has found

*1372*

-2-

that the defendant at the time of the offenses had attained the age
of 18 or more years and had also found one of the aggravating factors
set forth in subsection (b), chapter 38, Section 9-1 (b), Illinois Re-
vised Statutes to exist; and the jury having considered the factors in
aggravation and mitigation which are relevant to the imposition of the
death penalty and having found no mitigation factor sufficient to pre-
clude the imposition of the death sentence has recommended a sentence
of death of the defendant, MURRAY HOOPER, on Indictment Number 81-1204
for the murders of R.C. PETTIGREW, FREDRICK LACEY, AND RICHARD HOLLIMAN.

AND IT FURTHER APPEARS to the court having presided over the hearing
in aggravation and mitigation and considered the factors in aggravation
and mitigation which are relevant to the imposition of the death penalty
and having found no mitigation factor sufficient to preclude the imposi-
tion of the death sentence does sentence MURRAY HOOPER to be put to death
and executed by electrocution for the murders of R.C. PETTIGREW, FREDRICK
LACEY, and RICHARD HOLLIMAN under Indictment No. 81-1204.

IT IS ORDERED AND ADJUDGED by the Court that the defendant, MURRAY
HOOPER, be and he is hereby committed to the custody of the Sheriff of
Cook County, Illinois, to be taken from the bar of this Court to the
County Jail of Cook County, Illinois, from whence he came and thereafter
to be transported by the Sheriff of Cook County to the Illinois State
Penitentiary at Joliet, Will County, Illinois, and there by turned over
to the Warden of the Illinois State Penitentiary in safe and secure
custody until _December 23_____, 1981, and that
said defendant, MURRAY HOOPER on that day at the Illinois Department

*1373*

-3-

of Corrections shall be put to death and executed by electrocution.
The Warden of the Penitentiary shall supervise such execution which
shall be conducted in the presence of two (2) physicians and six (6)
other witnesses who shall certify the execution of the sentence which
certification shall be filed with the Clerk of the Court which imposed
the sentence.

IT IS FURTHER ORDERED BY THE COURT THAT THE EXECUTION OF THE
SENTENCE OF DEATH IMPOSED UPON MURRAY HOOPER, THE DEFENDANT, BE AND THE
SAME IS HEREBY STAYED UNTIL FINAL ORDER BY THE SUPREME COURT OF THE
STATE OF ILLINOIS.

Now, at this time, the Court fully advises said defendant, MURRAY
HOOPER, that an appeal to the Illinois Supreme Court is automatically
perfected without any action by the defendant or his counsel, and, that
if he is indigent, he has a right to be furnished without cost to him,
a transcript of the proceedings at his trial and with counsel on appeal.

ENTER:

JUDGE THOMAS MALONEY
JUDGE OF THE CIRCUIT COURT
OF COOK COUNTY, ILLINOIS

DATED: Sept. 23, 1981

1374