# **EXHIBIT 4**

ISED
-(932)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

_ook_ DEPARTMENT _Criminal_
(County)   (Municipal)   (Division)   (District)

People of the State of Illinois

v.    No. _81 C 1204_

Defendant

_Murray Hooper_

(Date of offense)
_11-12-80_

ORDER OF SENTENCE AND COMMITMENT TO
ILLINOIS DEPARTMENT OF CORRECTIONS

The defendant having been adjudged guilty of committing the offenses enumerated below,

IT IS ORDERED that the defendant _Murray Hooper_
and he is hereby sentenced to the Illinois Department of Corrections as follows:

_9/23/81 The Honorable Thomas J. Maloney sentenced the defendant, Murray Hooper, to be put to death by electrocution on the 23rd day of December, 1981. For the murders of Richard Holliman, Fredrick Lacey, and R.C. Pettigrew. % Judgment entered on each verdict. Mittimus to issue_

_SEE ATTACHED JUDGMENT AND EXECUTION ORDER (Certified)_

Ill. Rev. Stat.

Offense _Murder of Fredrick Lacey_    Ch. _38_  Sec. _9-1_  Par. _(a-1)_
Offense _Murder of R.C. Pettigrew_    Ch. _38_  Sec. _9-1_  Par. _(a-1)_
Offense _Murder of Richard Holliman_  Ch. _38_  Sec. _9-1_  Par. _(a-1)_
Offense _____ Ch. _____ Sec. _____ Par. _____

IT IS FURTHER ORDERED that the Clerk of the Court shall deliver a copy of this order to the Sheriff of Cook County.

IT IS FURTHER ORDERED that the Sheriff of Cook County shall take the defendant into custody and deliver him to the Illinois Department of Corrections.

IT IS FURTHER ORDERED that the Illinois Department of Corrections shall take the defendant into custody and confine him in the manner provided by law until the above sentence is fulfilled.

ENTER: _/s/ Maloney_
Judge
_Thomas J. Maloney_

Dated: _9/23/81_

INSTRUCTIONS

CLERK is requested to insert in the appropriate spaces above (1) each sentence and the conditions thereof, including the condition that the sentence shall run concurrently or consecutively, as the case may be, with other sentences imposed by the court in this case, or other sentences imposed by courts in other cases; and (2) fill in the following information:

Name and address of counsel for defendant _Mr. T. Peters_
_36 W. Randolph_

Police Individual Record No. _26409_       Illinois Bureau Identification No. _____

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FILE RECORD - COURT CLERK WILL ATTACH TO FILE