# **EXHIBIT 6**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**COOK** (County) _____ (Municipal) DEPARTMENT **CRIMINAL** (Division) _____ (District)

People of the State of Illinois
v.
Defendant
**Murray Hooper**

No. **81-CR-1204**

ORDER OF SENTENCE AND COMMITMENT TO
ILLINOIS DEPARTMENT OF CORRECTIONS

The defendant having been adjudged guilty of committing the offenses enumerated below,
IT IS ORDERED that the defendant **Murray Hooper**
be and he is hereby sentenced to the Illinois Department of Corrections as follows:

7/16/93 The Honorable Judge J. Mannion sent. the deft to death in the IDOC for the murders of R. Holliman, Fredrick Lacey & R.C. Pettigrew. Deft shall be put to death on 9/24/93 Stayed till Final Order. O/C let mitt issue

| Offense | Ch. | Ill. Rev. Stat. Sec. | Par. |
|---|---|---|---|
| Murder | 38 | 9-1 | (A-1) |
| Murder | 38 | 9-1 | (A-1) |
| _____ | 38 | 9-1 | (A-1) |
| _____ | ___ | ___ | ___ |

IT IS FURTHER ORDERED that the Clerk of the Court shall deliver a copy of this order to the Sheriff of Cook County.

IT IS FURTHER ORDERED that the Sheriff of Cook County shall take the defendant into custody and deliver him to the Illinois Department of Corrections.

IT IS FURTHER ORDERED that the Illinois Department of Corrections shall take the defendant into custody and confine him in the manner provided by law until the above sentence is fulfilled.

PREPARED BY: **E. Campbell** Deputy Clerk
DATED: **7/16/93** BRANCH CT. **208**
ENTER: _____ Judge _____ CODE 7

INSTRUCTIONS

CLERK is requested to insert in the appropriate spaces above (1) each sentence and the conditions thereof, including the condition that the sentence shall run concurrently or consecutively, as the case may be, with other sentences imposed by the court in this case, or other sentences imposed by courts in other cases; and (2) fill in the following information:

Name and address of counsel for defendant _____

Police Individual Record No. **26409** Illinois Bureau Identification No. _____

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

403

1. FILE RECORD—COURT CLERK WILL ATTACH TO FILE