UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MURRAY HOOPER, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 10 C 1809 |
| v. ) | |
| ) | Hon. Joan B. Gottschall |
| CHARLES L. RYAN, Director, Arizona ) | |
| Department of Corrections, and LISA ) | |
| MADIGAN, Illinois Attorney General, ) | |
| ) | |
| Respondents. ) | |

## FINAL JUDGMENT

Judgment is entered in favor of petitioner Murray Hooper, granting Hooper's petition for writ of habeas corpus pursuant to 28 U.S.C. §§ 2241, 2243, and 2254, and vacating Hooper's September 1981 Illinois convictions and sentences in *People v. Hooper*, No. 81 C 1204 (Circuit Court of Cook County, Criminal Division). The State is directed to release Hooper from all custody and detainer relating to the proceedings in the Circuit Court of Cook County in *People v. Hooper*, No. 81 C 1204, unless within 30 days the State announces its intent to retry Hooper.

DATED: 12-16-13

JOAN B. GOTTSCHALL
UNITED STATES DISTRICT JUDGE